

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

John Evan Lott,                              * From the 142nd District Court
                                               of Midland County,
                                               Trial Court No. CR55889.

Vs. No. 11-22-00067-CR                       * February 15, 2024

The State of Texas,                          * Memorandum Opinion by Bailey, C.J.
                                               (Panel consists of: Bailey, C.J.,
                                               Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.